UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **2:25-cv-05129-MAR**                                                      Date:  December 18, 2025

Title   *Board of Trustees of the Southern California Floor Covering Pension Trust Fund et al v. Floor Seal Technology Inc.*

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

      On June 5, 2025, Board of Trustees of the Southern California Floor Covering Pension Trust Fund, Board of Trustees of the Painters and Allied Trades Labor Management Cooperation Fund, Board of Trustees of the Southern California Floor Covering Apprenticeship and Training Trust Fund, Board of Trustees of the Southern California Floor Covering Health and Welfare Trust Fund, Board of Trustees of the Southern California Floor Covering Vacation and Holiday Trust Fund, and Board of Trustees of the Contract Administration Trust Fund ("Plaintiffs"), filed a Complaint ("Complaint") for breach of contract and violation of ERISA, pursuant to 29 U.S.C. §§ 185, 1132, 1145.  ECF Docket No. ("Dkt.") 1.

      The Clerk issued a summons on June 11, 2025, Dkt 6, and Plaintiffs filed proof of service on August 11, 2025, indicating service was completed on June 20, 2025, Dkt. 7.  On August 12, 2025, Plaintiffs requested that the Clerk enter default against Defendant, Dkt. 8, and the Clerk entered default on August 19, 2025, Dkt. 10.  Since the entry of default, Plaintiffs have not filed a motion for entry of default judgment against Defendant or taken any other action.  See Fed. R. Civ. P 55(b).

      Accordingly, Plaintiffs are ordered to, **within twenty-one (21) days** of the date of this Order, either (1) show cause in writing why this action should not be dismissed under Rule 41(b) for failure to prosecute, or (2) file a motion for default judgment.  See Fed. R. Civ. P. 41(b); Fed. R. Civ. P 55(b).

      **Failure to respond to the Court's Order may result in the dismissal of the action.**

      **IT IS SO ORDERED.**

| | **Initials of Preparer** | : |
|---|---|---|
| | | vv |